UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY KASSOUF, et al., | ) | Case No. 1:14CV2656 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Mag. Judge Kenneth S. McHargh |
| vs. | ) | |
| | ) | |
| UNITED STATES LIABILITY CO., | ) | |
| | ) | |
| Defendant. | ) | JUDGMENT ENTRY |
| | ) | |

Pursuant to the Court's Memorandum and Order filed December 17, 2015, the court finds that a preponderance of the evidence supports a trial verdict in favor of the plaintiffs, and against the defendant.

Thus, declaratory judgment is entered in favor of the plaintiffs, the Kassoufs, and defendant US Liability shall pay the judgment at issue of $263,000 to the Kassoufs.

IT IS SO ORDERED.

Dated:  Dec. 17, 2015              /s/ Kenneth S. McHargh
                                   Kenneth S. McHargh
                                   United States Magistrate Judge